# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

TIMOTHY DUANE RANKINS, )
)
    Plaintiff, )
)
vs. ) Case No. 4:09CV00838 ERW
)
CRAWFORD COUNTY JAIL, et al., )
)
    Defendants. )

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After reviewing the complaint, the Court finds no allegations that would show that plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and will dismiss this action without prejudice to refiling as a fully paid complaint.

---

[1] See Rankins v. Chicago Police Dept., 1:99CV4003 (N.D. Ill.); Rankins v. Minnesota, 0:99CV1154 MJD (D. Minn.); Rankins v. Devanon, 2:99CV8075 (W.D. Cal.).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

An Order of Dismissal shall accompany this Memorandum and Order.

So Ordered this 5th Day of June, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE